UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SOLOMON TEKLE,<br><br>    Defendant. | Case No. CR 98-0339-RMT<br>            CV 04-6759-RMT<br><br>ORDER DENYING MOTION BY DEFENDANT FOR RECONSIDERATION OF DENIAL OF RULE 60 (b)(4) MOTION |

        This matter has come before the court on the motion filed October 29, 2008 by defendant Solomon Tekle for reconsideration of this court's order filed October 9, 2008 denying defendant's previously filed Rule 60(b)(4) motion. By this motion, defendant explains that the court erroneously construed his 60(b)(4) motion as a second or successive section 2255 motion and failed to properly consider his motion.

        In his 60(b)(4) motion defendant contended that his section 2255 motion should be reopened because this court erred in failing to properly address defendant's ineffective assistance of appellate counsel claims. Defendant then proceeded to reargue the claims that his appellate counsel failed to raise his Apprendi and double jeopardy claims. Because those claims were addressed in this court's denial of defendant's section 2255 motion, reopening was not warranted and rearguing his

claims was tantamount to a second or successive section 2255 motion.

Defendant is advised that because the offenses that were interrelated were grouped together in calculating offense level for purposes of computing defendant's sentence, there was no double jeopardy problem. Moreover, pursuant to 18 U.S.C. § 3013, defendant was subject to a mandatory special assessment of $1,300 ($100 per count for counts 3 through 15), which excludes an assessment for the conspiracy count and, therefore, raises no double jeopardy problem.[1]

Defendant is further advised that with respect to his Apprendi claim, pursuant to 21 U.S.C. § 960(b)(3), the maximum sentence defendant could have gotten for attempting to import an unspecified amount of heroin was twenty years for each of counts six and eight. Therefore, the 360-month sentence imposed was not greater than the 40-year maximum sentence defendant was facing.

As such, reconsideration is not warranted.

Accordingly,

IT IS ORDERED that the motion by defendant Solomon Tekle for reconsideration of this court's order filed October 9, 2008 is respectfully denied.

Dated: November 25, 2008

ROBERT M. TAKASUGI
United States District Sr. Judge

---

[1] According to the Judgment and Commitment Order, defendant was only assessed $1030, rather than the mandatory $1300.

2