UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 04-6759 DSF<br>CR 98-339 DSF | Date | 1/7/11 |
|---|---|---|---|
| Title | United States v. Solomon Tekle | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Motion for Certificate of Appealability

The motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.